UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED
NOV 29 2017
David J. Bradley, Clerk of Court

Sheila Renee Bell

vs.

Galveston County - Medical Examiner's Office

## LAWSUIT & WRIT OF MAMANDUS

TO THE HONORABLE JUDGE GEORGE C. HANKS, JR.:

My dad "Cornelius P. Wilson" passed away 10/26/17 but *still* has not been buried yet.

I, Sheila Renee Bell, am filing this lawsuit for: the "release" of the body of my dad, "Cornelius P. Wilson, (deceased)" from the Medical Examiner's Office; a Death Certificate; Court Costs and/or Legal Fee's; and $1,000.000.00 in damages. I am suing the Medical Examiner's Office for: abuse of a corpse; Violations of my Civil Rights under 42 U.S.C.§ 1983; negligence, "wrongful retention" of my dad's body; intentional infliction of emotional distress; Violation of Family Rights; Crimes Against Humanity; Violations of Privacy, Official Oppression, withholding of information, and, cruel & unusual punishment. I am also suing Medical Examiner employee's in their "individual capacities." As, Medical Examiner employee's "conspired" to deprive me my Constitutional Rights while acting "under the color of state law." "…§1983 actions for alleged conspiracies involving private parties and federal officers are recognized …when the conspiracy charged also involves state of local officials…" *Hampton v. Hanrahan, 400 F. 2d 600, 623 (5ᵗʰ Cir. 1979)* While acting "under the color of the law," the Defendants have "deprived me of Rights" secured by the "Constitution and laws" of the United States. *Adickes v. S.H. Kress & Co 398 U.S. 144, 150 (1970)*

1

**Background**

      My dad, "Cornelius P. Wilson" *passed-away* on October 26, 2017, but *has not* been buried yet because The Medical Examiner's Office *refuses* to *release* dad's body *to me* claiming there's "…A dispute..." because Kayla Wilson, who texted me *years ago* she was *not* my sister, is *now* claiming to be my dad's daughter." I *faxed* the Medical Examiner a copy of: my Birth Certificate; "Power of Attorney" dad signed; and Kayla's text "admitting" she's *never* had a sister and means she's not my sister. I spoke with the M.E. They did get my faxes.'

      I question Paternity Based on Kayla's *own* words to me. Kayla admitted she's not my sister. *Until* Paternity is *proven*, Kayla is nothing more than an imposter who influenced the Medical Examiner's Office. My dad was a "Seaman" and rode ships for over 30-years *before, during & after* Kayla's birth.  He was *gone* "a lot." Anybody could be Kayla's father. The Medical Examiner's Office told me "the burden of proof" was *on me*, (is that true?) and refuses to release dad's body. Dad lived with me & my husband. I'm my dad's *nearest/closest relative.*

      During our grief - while "acting under the color of law," The Medical Examiner's Office: *refused* to release dad's body to *me* for burial; caused the *delay* of dad's burial; *deprived* my dad the "respect & decency" of being *laid to rest*; deprived me *closure*, deprived my Right Civil Rights;" *prolonged* "grief;" caused distress; and, *horribly* desecrated & disrespected dad's memory. This is *cruel & unusual punishment.* I never signed consent or permission for the M.E.'s Office to take dad's body. The Medical Examiner's Office: has given me NO "death Certificate" & NO "release;" has repeatedly & *defiantly* said they *will not* release dad's body "without a Court Order," then told me *not to call anymore* which *forced my hand* to file this Lawsuit. The M.E.'s Office *negligence* has caused "immeasurable pain & suffering."  Its actions/handling of dad's corpse *is* "insensitive" and "inhumane."  I request a jury trial.

**Crimes Against Humanity**

It is "unconscionable" that my dad's body is being "forcibly retained" by the Medical Examiner's Office for *over a month now*. It's *inhumane*. It's *Unconstitutional*. It's now-way to treat a human-being. The Medical Examiner's Office is depriving us our Civil Rights.

**WRIT OF MANDAMUS**

I am asking the Court to consider issuing a "WRIT OF MANDAMUS" Ordering the Medical Examiner to "release" my dad's body to me "immediately."

My dad, "Cornelius P. Wilson" is entitled to a "proper burial." I am suing the Medical Examiner's Office for the "illegal retention" of my dad's body. It's a disgrace to his life and memory. Kayla and the Medical Examiner's Office have made that "impossible." The M.E.'s actions are "disgraceful." I am not a lawyer. I do need one. I ask the Court to appoint me one.

In the landmark decision of *Marbury* v. *Madison* (1803), the U.S. Supreme Court of the United States reviewed government actions that conflicted with the U.S. Constitution. The actions of the Medical Examiner's Office conflict with the U.S. Constitution and have "deprived" me of my Civil Rights.

The Medical Examiner's Office committed "grievous" offences against me and my dad's memory, are "discriminatory," as, others are *not* treated this way. The Medical Examiner's office is deliberately *withholding* my dad's body against my will as though we have *NO Civil Rights*. But we do. Nicole-Medical Examiner "demanded" I go to Probate Court and said she wouldn't release my dad's body to me "without a Court Order." She "demanded" this case to go to Court.

3

She "demanded" I go *specifically* to "Probate Court." She's "forcing" it to happen. Is it the responsibility of the Medical Examiner to force a Court Case & Court Order? Are all relatives of *deceased* treated this way? Is the Medical Examiner's Office *authorized* to demand what Court I seek Justice in? Probate? Where they have "pull?"

The Medical Examiner's Office has "deprived" me & my dad our Civil Rights, and, has treated us "inhumanely." *Most* U.S. Citizens *are not* "forced" by the Medical Examiner to go to Probate Court to bury a loved one. The Medical Examiner's Office has chosen "with malice" to segregate us & treat me *differently*. Most people are not "required" to need a *Lawyer,* go to *Probate* Court & *get Court Order* to bury a loved one. Just me. The "M.E.'s" office has chosen to deliberately fight with *me* during this grievous time to deprive me my Right to give my dad a proper burial like others. I believe the actions of the Medical Examiner's Office are: "malicious, prejudicial, racial, discriminatory, biased and "targeted." This feels more like a "punishment for being BLACK," rather than a *Probate* or "Release" issue as claimed by The Medical Examiner's Office because they continue to "deprive" me of my Civil Rights.

The "first-three-words" of the *U.S. Constitution* are: "We the people…" It was written for people, and by the people. It's a "given" ALL human beings have certain inalienable Rights. The Medical Examiner apparently thinks *otherwise* because its depriving me these Rights.

*[signature]* 11/29/17

Sheila Renee Bell – Pro Se
P.O. Box 1001
Galveston, TX 77553
(409)739-8411

4